NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARTFORD FIRE INSURANCE COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1198

---

Appeal from the United States Court of International Trade in case no. 07-CV-0067, Judge Donald C. Pogue.

---

## ON MOTION

---

## ORDER

The United States moves for a 31-day extension of time, until August 27, 2010, to file its response brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frederic D. Van Arnam, Jr., Esq.
Claudia Burke, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK